UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE COVE AT ROCKY POINT
HOMEOWNERS ASSOCIATION, INC.,

    Plaintiff,

v.                                                                                          Case No: 8:25-cv-1789-WFJ-LSG

THE CINCINNATI INSURANCE
COMPANY, CLEAR BLUE
INSURANCE COMPANY, CLEAR
BLUE SPECIALTY INSURANCE
COMPANY, ENDURANCE
AMERICAN INSURANCE
COMPANY, GUIDEONE INSURANCE
COMPANY, LIBERTY MUTUAL FIRE
INSURANCE COMPANY,
SOUTHERNOWNERS INSURANCE
COMPANY, UNITED FIRE &
CASUALTY COMPANY and UNITED
SPECIALTY INSURANCE
COMPANY,

    Defendants.
_____/

**O R D E R**

The Court has been advised by **the Notice of Settlement (Dkt. 41)** that the above-styled action has been settled as to the following Defendants: The Cincinnati Insurance Company, Clear Blue Specialty Insurance Company, Guideone Insurance Company, Liberty Mutual Fire Insurance Company, Southern-Owners Insurance Company, and United Fire & Casualty Company. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to the Defendants listed in the first paragraph of this Order and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to only the Defendants listed in the first paragraph.

**DONE** and **ORDERED** in Tampa, Florida on August 4, 2025.

                                          s/*William F. Jung*
                                          **WILLIAM F. JUNG**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record