# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

THE COVE AT ROCKY POINT
HOMEOWNERS ASSOCIATION, INC.,

    Plaintiff,

v.

CLEAR BLUE INSURANCE
COMPANY, ENDURANCE
AMERICAN INSURANCE COMPANY
and UNITED SPECIALTY
INSURANCE COMPANY,

    Defendants.
_____/

Case No: 8:25-cv-1789-WFJ-LSG

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 55)** that the above-styled action has been settled as to Defendant United Specialty Insurance Company. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to United Specialty Insurance Company and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to United Specialty Insurance Company.

**DONE** and **ORDERED** in Tampa, Florida on September 30, 2025.

                                                  s/*William F. Jung*
                                                **WILLIAM F. JUNG**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:  Counsel of Record